AUGUST 14, 1941

**No. 5389.**—.—*United States* v. *King McLeod Co.* Entered at Providence, R. I. Reap. Dec. 5324. Motion by plaintiff.